**668 WINTON vs. CIRCUIT JUDGE (Gratiot), No. 13756.**

To compel respondent to certify to the Probate Court a judgment in replevin for the value of the property, return having been waived, in a case where relator, as administrator, was plaintiff.

Denied November 1, 1893, with costs.

Relator had sold the lumber before trial under a stipulaiton entered into in open court which was as follows: "By consent of the attorneys in open court it is agreed that the administrator shall sell the lumber, it being in danger of spoiling, and retain the proceeds to abide the judgment of the court."


**669 EVANS vs. CIRCUIT JUDGE (Saginaw), 39 M.,123.**

To vacate an order setting aside a default.

Denied June 19, 1878.

Discretion is not reviewable on mandamus.


**670 WALSH vs. CIRCUIT JUDGE (Wayne), 76 M., 470; 5 L. R. A., 858.**

To set aside an order denying a motion to set aside a default, and for leave to plead or demur.

Denied October 16, 1889, without prejudice.

The circuit judge denied the motion, on the ground that defendants had not complied with the rules, by filing an affidavit of merits, pleading issuably, and tendering the costs of the default.